IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.    15-cv-00584-WYD-KLM

UNITED STATES OF AMERICA,

    Plaintiff,

v.

MARJEANA PARKER,

    Defendant.

---

## MINUTE ORDER

---

ORDER ENTERED BY SENIOR JUDGE WILEY Y. DANIEL

    THIS MATTER is before the Court on the Plaintiff's Motion to Withdraw its Motion for Default Judgment (ECF No. 12), filed June 12, 2015.  In this motion, the Plaintiff states that the Defendant indicated her willingness to sign a consent judgment after the Plaintiff moved for default judgment.   Thus, the Plaintiff requests that the Court Withdraw its Motion for Default Judgment (ECF No. 10), filed May 27, 2015, to give the Plaintiff an opportunity to attempt a resolution in this case.

    Accordingly, the Plaintiff's Motion to Withdraw its Motion for Default Judgment (ECF No. 12) is **GRANTED** and the Plaintiff's Motion for Default Judgment (ECF No. 10) is **DENIED as Moot**.

    Dated:    June 16, 2015.