IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.    15-cv-00584-WYD-KLM

UNITED STATES OF AMERICA,

  Plaintiff,

v.

MARJEANA PARKER,

  Defendant.

## ORDER

THIS MATTER is before the Court on the parties' Joint Motion for Entry of Consent Judgment (ECF No. 14), filed June 29, 2015.  The motion seeks entry of the Consent Judgment (ECF No. 14-1) attached to the motion.  The Court, having reviewed the motion and finding good cause therefor,

ORDERS that the Joint Motion for Entry of Consent Judgment (ECF No. 14) is **GRANTED**.  The Consent Judgment will be separately filed.

  Dated:   July 8, 2015.

                              BY THE COURT:


                              s/ Wiley Y. Daniel
                              WILEY Y. DANIEL,
                              SENIOR UNITED STATES DISTRICT JUDGE